# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| PETER NWAIZUZU, | * | |
| Plaintiff, | * | |
| v. | * | 1:17-CV-03850-ELR |
| DUNLAP GARDINER ATTORNEYS AT LAW, LLP, | * | |
| Defendant. | * | |

## ORDER

This case is before the Court on Magistrate Judge J. Clay Fuller's Final Report and Recommendation ("R&R"). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 21] as the opinion of this Court. For the reasons stated in the R&R, the Court **GRANTS** Defendant's motion for summary judgment [Doc. 15] and **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 7th day of February, 2019.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia