# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PETER NWAIZUZU, *and all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DUNLAP GARDINER ATTORNEYS AT LAW, LLP,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-03850-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and the Court having adopted said recommendation as the opinion of this Court and granted Defendant's Motion for Summary Judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing, that Defendant recover its costs of this action from Plaintiff, and that the action be, and the same hereby, is **DISMISSED.**

Dated at Atlanta, Georgia this 8th day of February, 2019.

*[Signatures on following page.]*

2

JAMES N. HATTEN
CLERK OF COURT

By: *s/ Charlotte Diggs*
                Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    February 8, 2019
James N. Hatten
Clerk of Court

By: *s/ Charlotte Diggs*
        Deputy Clerk

2